**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| Hallock, Virginia Ann | Case No. 08-40787 TJT |
| | Chapter 7 |
| Debtor | Hon. Thomas J. Tucker |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

TO:  THE CLERK OF THE COURT

The attached check in the amount of $5,587.96 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347.  The name and address of the Party entitled to these unclaimed dividends is as follows:

| **CREDITOR NAME** | **CLAIM NO**. | **AMOUNT OF DIVIDEND** |
|---|---|---|
| Virginia Hallock<br>5310 Bart Dr.<br>Casco, MI 48064 | Surplus | $5,587.96 |

**TOTAL: $5,587.96**

Dated: <u>April 1, 2021</u>

/s/ K. Jin Lim, Trustee
176 S. Harvey Street

Plymouth, MI 48170
(734) 416-9420
kjinlim7@gmail.com